UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KATHERINE JO BEARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-CV-00443-JRS-MG ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff and REVERSES AND REMANDS this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Date: 11/14/2023

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF.